IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD MITCHELL McCOLLUM, | § | |
| TDCJ-CID NO.1204174 | § | |
|     Petitioner, | § | |
| vs. | § | CIVIL ACTION H-07-1950 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
|     Respondent. | § | |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all copies with a true copy.

SIGNED at Houston, Texas on whit 23rd day of July, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE